United States Bankruptcy Court
District of Nevada

CADLE CO,
          Plaintiff                                                    Adv. Proc. No. 10-05104-gwz

KELLER,
          Defendant

## CERTIFICATE OF NOTICE

District/off: 0978-3          User: youngbloo          Page 1 of 2          Date Rcvd: Aug 09, 2013
                             Form ID: pdf956           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2013.
ust           +DONNA LEE JENSEN,   OFFICE OF THE UNITED STATES TRUSTEE,   235 PINE STREET, STE 700,
               SAN FRANCISCO, CA 94104-3484
dft           +ROBERT KELLER,   POB 3427,   INCLINE VILLAGE, NV 89450-3427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Aug 10 2013 01:14:24      ANTONIA DARLING,
               300 LAS VEGAS BLVD., SO. #4300,   LAS VEGAS, NV 89101-5803
ust           +E-mail/Text: ustpregion17.sf.ecf@usdoj.gov Aug 10 2013 01:19:44      AUGUST B. LANDIS,
               OFFICE OF UST FOR REGION 17,   235 PINE STREET, ROOM 700,   SAN FRANCISCO, CA 94104-2736
ust           +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Aug 10 2013 01:14:24      J MICHAL BLOOM,
               300 LAS VEGAS BLVD S #4300,   LAS VEGAS, NV 89101-5803
ust            E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Aug 10 2013 01:14:24      NICHOLAS STROZZA,
               300 BOOTH ST RM 2129,   RENO, NV  89509
ust           +E-mail/Text: scott.a.farrow@usdoj.gov Aug 10 2013 01:14:24      SCOTT ANDREW FARROW,
               DEPT OF JUSTICE, OFFICE OF US TRUSTEE,   300 LAS VEGAS BLVD., SO.,   LAS VEGAS, NV 89101-5833
ust           +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Aug 10 2013 01:14:24      WILLIAM B COSSITT,
               U.S. TRUSTEE'S OFFICE,   300 BOOTH ST, #3009,   RENO, NV 89509-1360
pla           +E-mail/Text: gocadle@cadleco.com Aug 10 2013 01:16:13      CADLE CO,   100 N CENTER ST,
               NEWTON FALLS, OH 44444-1380
                                                                              TOTAL: 7


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           SAMANTHA L. HALL
cc             SAMANTHA L. HALL
cd*           +CADLE CO,   100 N CENTER ST,   NEWTON FALLS, OH 44444-1380
cc*           +ROBERT KELLER,   POB 3427,   INCLINE VILLAGE, NV 89450-3427
                                                                              TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2013**                    **Signature:**    *Joseph Speetjens*

District/off: 0978-3          User: youngbloo          Page 2 of 2          Date Rcvd: Aug 09, 2013
                              Form ID: pdf956          Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2013 at the address(es) listed below:
              MICHAEL  O'ROURKE   on behalf of Plaintiff   CADLE CO orourkelawgroup@gmail.com,  moxrou@gmail.com
              PATRICIA  HADFIELD   on behalf of Defendant ROBERT  KELLER patriciah@bankruptcyLG.com,
              jenniferw@bankruptcyLG.com
              ZACH  COUGHLIN   on behalf of Interested Party SAMANTHA L. HALL zachcoughlin@hotmail.com
                                                                                       TOTAL: 3



_Bruce T Beesley_
_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 09, 2013

1
2
3
4
5

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

ROBERT KELLER                                    BK CASE NO: <u>10-52639</u> GWZ

_____ Debtor(s)    /           Chapter <u>7</u>

                                                 ADV. CASE NO.: <u>10-5104</u>

THE CADLE COMPANY

Plaintiff

vs.                                              **ORDER SCHEDULING
                                                 SETTLEMENT CONFERENCE**

ROBERT KELLER

                                                 **Conference Date: <u>12/19/13</u>
Defendant _____ /                Conference Time: <u>10:00 a.m.</u>**

   A settlement conference is hereby ordered to commence <u>Thursday, December 19, 2013</u>  at

 <u>10:00 a.m.</u> before Judge <u>Gregg W. Zive</u>  in <u>Bankruptcy Courtroom #1, Fifth Floor, C. Clifton

Young Federal Courthouse, 300 Booth St., Reno, NV</u> .

   All counsel of record that will be participating in the trial of this case, all parties appearing

<u>pro se</u>, if any, and all individual parties must be present.

   In case of non-individual parties, counsel shall arrange for a representative, with binding

authority to settle, to be present in court for the duration of the settlement conference. Only upon

obtaining an order from the settlement conference judge in advance of the settlement conference

may a client participate telephonically.

///

1    **Any requested exception to the attendance requirements must be submitted to the**

2    **settlement conference judge for approval in advance of the settlement conference.**

3                    PREPARATION FOR SETTLEMENT CONFERENCE

4    No later than seven (7) business days before the settlement conference, the parties shall

5    exchange written settlement offers.  No later than four (4) business days before the settlement

6    conference each party shall submit a confidential settlement conference statement, which will

7    include a copy of the last settlement offer, to the chambers of *Judge Zive*  for in camera review.

8    If not timely filed, sanctions my be imposed.  The settlement conference statement shall be no

9    longer than five (5) double-spaced pages.  The settlement conference statement shall contain the

10   following:

11          1.       A brief statement of the nature of the action.

12          2.       A concise summary of the evidence that supports your theory of the case, including

13   information documenting your damages claims.  You may attach to your statement a limited number

14   of documents or exhibits that are especially relevant to key factual or legal issues.

15          3.       A brief analysis of the key issues involved in the litigation.

16          4.       A discussion of the strongest points in your case, both legal and factual, and a frank

17   discussion of the weakest points as well.  The court expects you to present a candid evaluation of the

18   merits of your case.

19          5.       A further discussion of the strongest and weakest points in your opponents' case,

20   but only if they are more than simply the converse of the weakest and strongest points in your case.

21          6.       A history of settlement discussions, if any, which details the demands and offers

22   which have been made, and the reasons they have been rejected.

23          7.       The settlement proposal that you believe would be fair.

24          8.       The settlement proposal that you would honestly be willing to make in order to

25   conclude this matter and stop the expense of litigation.

26          The settlement conference statement should be delivered to chambers in an envelope clearly

27   marked, "Contains Confidential Settlement Brief" or faxed to the settlement conference judge.

28

- 2 -

1         The purpose of the settlement conference statement is to assist the judge in preparing for

2    and conducting the settlement conference.  In order to facilitate a meaningful conference, your

3    <u>utmost candor</u> in responding to all of the above listed questions is required.   The confidentiality of

4    each statement will be strictly maintained and following the conference, the statements will be

5    destroyed.

6         <u>DO NOT SERVE A COPY ON OPPOSING COUNSEL.  DO NOT DELIVER OR MAIL</u>

7    <u>THE STATEMENT TO THE CLERK'S OFFICE.</u>

8         **The settlement conference shall not be continued or vacated without prior approval**

9    **of the judge assigned to the case.**

10         <u>FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS.  IF THE</u>

11    <u>MATTER IS SETTLED BEFORE THE  SETTLEMENT CONFERENCE DATE, THE PARTIES</u>

12    <u>MUST NOTIFY THE SETTLEMENT CONFERENCE JUDGE'S CALENDAR CLERK SO THAT</u>

13    <u>THE MATTER CAN BE TAKEN OFF CALENDAR.</u>

14

15

16

17

18    Copies of this signed order shall be transmitted by Court Services via facsimile to:

19    Michael P. O'Rourke, Esq., attorney for Plaintiff
     Brian J. Smith, Esq., attorney for Plaintiff

20    Patricia Hadfield, Esq., attorney for Defendant

21

22

23

24

25

26

27

28