

Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**September 27, 2013**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

    ROBERT KELLER

        Debtor.

THE CADLE COMPANY,

        Plaintiff,

v.

ROBERT KELLER,

        Defendant.

Case No.: BK 10-52639-gwz
Chapter 7

Adversary Proceeding
No. 10-05104-gwz

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Hearing Date: April 24, 2013
Hearing Time: 11:00 AM

THIS MATTER, having come before the Court on *Defendant's Motion for Summary Judgment* upon argument of counsel, and good cause appearing therefore:

1

**IT IS ORDERED** that Defendant's *Motion* is granted in part and denied in part. Defendant's *Motion* to dismiss Plaintiff The Cadle Company's third claim for relief pursuant to 11 U.S.C. §523(a)(10) is hereby granted. Defendant's *Motion* is denied as to Plaintiff's other claims for relief.

**IT IS FURTHER ORDERED** that the parties are to participate in a judicial settlement conference to be scheduled at the Court's convenience.

**IT IS SO ORDERED.**

Submitted By:

s/ Michael P. O'Rourke
Michael P. O'Rourke
O'Rourke Law Group, PC
2340 130th Avenue NE, Ste. D-150
Bellevue, WA 98005
(425) 869-4040

In accordance with LR 9021, counsel submitting this document certifies as follows:

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

 _X_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

**Patricia Hadfield, Esq: Approved**

\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

2